UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO INDEMNITY COMPANY,
GEICO GENERAL INSURANCE COMPANY and
GEICO CASUALTY COMPANY,

                 Plaintiffs,

-against-

ALEX PUZAITZER, IRINA ZAYONTS,
YURI ZAYONTS, GARY GRODY aka LANCE
GRODY, LILIAN ISHVAN, AVL CAPITAL LLC, and
JOHN DOE DEFENDANTS "1" through "10",

                 Defendants.
---------------------------------------------------------------------------X

No. 1:23-cv-07465

**F**ED. **R**. **C**IV. **P**. **7.1(a)(2)(A)**
**Disclosure Statement**

    Pursuant to Rule 7.1(a)(2)(A) of the Federal Rules of Civil Procedure, the undersigned counsel for Irina Zayonts and Yuri Zayonts, certifies:

1. Irina Zayonts and Yuri Zayonts are citizens of the United States, residing in Richmond County, and are not owners, shareholders or principals in any entity, corporation or limited liability company.

2. Both Irina Zayonts and Yuri Zayonts are citizens of Richmond County, New York.

Dated: Brooklyn, New York
        February 6, 2024

**PINCZEWSKI & SHPELFOGEL, P.C.**

By_____/S/_____
Benjamin M. Pinczewski, Esq.
Attorneys for Defendants
IRINA ZAYONTS and YURI ZAYONTS
2753 Coney Island Avenue, 2nd Floor
Brooklyn, New York 11235
718-891-8200